**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 326 WAL 2017
                                      :
            Respondent   :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court
                                      :
                v.                    :
                                      :
                                      :
MARCUS NEAL PALMER,         :
                                      :
            Petitioner     :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.